**EXHIBIT A**

| Weeks Worked | Hours Worked | Pay for the Week | Overtime Hours Worked | Overtime Pay Owed |
|---|---|---|---|---|
| 7/13/2020 - 7/19/2020 | 40 | $560.00 | 30 | $630.00 |
| 7/20/2020 - 7/26/2020 | 40 | $560.00 | 30 | $630.00 |
| 7/27/2020 - 8/2/2020 | 40 | $560.00 | 30 | $630.00 |
| 8/3/2020 - 8/9/2020 | 40 | $560.00 | 30 | $630.00 |
| 8/10/2020 - 8/16/2020 | 40 | $560.00 | 30 | $630.00 |
| 8/17/2020 - 8/23/2020 | 40 | $560.00 | 30 | $630.00 |
| 8/24/2020 - 8/30/2020 | 40 | $560.00 | 30 | $630.00 |
| 8/31/2020 - 9/6/2020 | 40 | $560.00 | 30 | $630.00 |
| 9/7/2020 - 9/13/2020 | 40 | $560.00 | 30 | $630.00 |
| 9/14/2020 - 9/20/2020 | 40 | $560.00 | 30 | $630.00 |
| 9/28/2020 - 10/4/2020 | 40 | $560.00 | 30 | $630.00 |
| 10/5/2020 - 10/11/2020 | 40 | $560.00 | 30 | $630.00 |
| 10/12/2020 - 10/18/2020 | 40 | $560.00 | 30 | $630.00 |
| 10/19/2020 - 10/25/2020 | 40 | $560.00 | 30 | $630.00 |
| 10/26/2020 - 11/1/2020 | 40 | $560.00 | 30 | $630.00 |
| 11/2/2020 - 11/8/2020 | 40 | $560.00 | 30 | $630.00 |
| 11/9/2020 - 11/15/2020 | 40 | $560.00 | 30 | $630.00 |
| 11/16/2020 - 11/22/2020 | 40 | $560.00 | 30 | $630.00 |
| 11/23/2020 - 11/29/2020 | 40 | $560.00 | 30 | $630.00 |
| 11/30/2020 - 12/6/2020 | 40 | $560.00 | 30 | $630.00 |
| 3/1/2021 - 3/7/2021 | 40 | $560.00 | 30 | $630.00 |
| 3/8/2021 - 3/14/2021 | 40 | $560.00 | 30 | $630.00 |
| 3/15/2021 - 3/21/2021 | 40 | $560.00 | 30 | $630.00 |
| 3/22/2021 - 3/28/2021 | 40 | $560.00 | 30 | $630.00 |
| 3/29/2021 - 4/4/2021 | 40 | $560.00 | 30 | $630.00 |
| 4/5/2021 - 4/11/2021 | 40 | $560.00 | 30 | $630.00 |
| 4/12/2021 - 4/18/2021 | 40 | $560.00 | 30 | $630.00 |
| 4/19/2021 - 4/25/2021 | 40 | $560.00 | 30 | $630.00 |
| 4/26/2021 - 5/2/2021 | 40 | $560.00 | 30 | $630.00 |
| 5/3/2021 - 5/9/2021 | 40 | $560.00 | 30 | $630.00 |
| 5/10/2021 - 5/16/2021 | 40 | $560.00 | 30 | $630.00 |
| 5/17/2021 - 5/23/2021 | 40 | $560.00 | 30 | $630.00 |
| 5/24/2021 - 5/30/2021 | 40 | $560.00 | 30 | $630.00 |
| 5/31/2021 - 6/6/2021 | 40 | $560.00 | 30 | $630.00 |
| 6/7/2021 - 6/13/2021 | 40 | $560.00 | 38.7 | $812.70 |
| 6/14/2021 - 6/20/2021 | 40 | $560.00 | 30 | $630.00 |
| 6/21/2021 - 6/27/2021 | 40 | $560.00 | 5.6 | $117.60 |
| 6/28/2021 - 7/4/2021 | 40 | $560.00 | 30.5 | $640.50 |
| 7/5/2021 - 7/11/2021 | 40 | $560.00 | 34 | $714.00 |
| 7/12/2021 - 7/18/2021 | 40 | $560.00 | 28 | $588.00 |
| 7/19/2021 - 7/25/2021 | 40 | $560.00 | 27.6 | $579.60 |
| 7/26/2021 - 8/1/2021 | 40 | $560.00 | 34.5 | $724.50 |
| | | | **OT Owed** | $26,226.90 |
| | | | **Liquids** | $26,226.90 |
| | | | **Total** | **$52,453.80** |